UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60585-CIV-DIMITROULEAS

KELLI BOWEN,

    Plaintiff,

vs.

SWISS TRAVEL LIMITED CORP., and
BRISAS DEL LA JUNGLA.

    Defendants.
_____/

## ORDER ADOPTING AND APPROVING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Judgment filed May 20, 2024 [DE 90] and the September 24, 2024 Report and Recommendation of Magistrate Judge Panayotta D. Augustin-Birch (the "Report") [DE 105]. The Court notes that no objections to the Report [DE 105] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's analysis and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    **1.** The Report [DE 105] is hereby **ADOPTED** and **APPROVED**;

2. Plaintiff's Motion for Default Judgment as to damages [DE 90] is hereby **GRANTED**.

3. Plaintiff is awarded $194,867.10.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 15th day of October 2024.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of record